Matter of Lekki (2024 NY Slip Op 03990)

Matter of Lekki

2024 NY Slip Op 03990

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND NOWAK, JJ.

476 CA 23-00299

[*1]FINAL ACCOUNT OF GARY LEKKI, AS TRUSTEE OF THE EDMUND LEKKI IRREVOCABLE TRUST OF APRIL 20, 2012, PETITIONER-APPELLANT, VALERIE HANKE, ANDREW MIKUS, AND ERIC MIKUS, OBJECTANTS-RESPONDENTS. (PROCEEDING NO. 1.) IN THE MATTER OF THE COMPULSORY ACCOUNTING OF THE EDMUND AND HELEN LEKKI IRREVOCABLE TRUST OF JUNE 9, 2004, SUSAN MIKUS, PETITIONER-RESPONDENT, GARY LEKKI, RESPONDENT-APPELLANT. (PROCEEDING NO. 2.) (APPEAL NO. 1.) 

BARCLAY DAMON LLP, SYRACUSE (TERESA M. BENNETT OF COUNSEL), FOR PETITIONER-APPELLANT AND RESPONDENT-APPELLANT. 
BOUSQUET HOLSTEIN PLLC, SYRACUSE (CECELIA R. CANNON OF COUNSEL), FOR OBJECTANTS-RESPONDENTS AND PETITIONER-RESPONDENT.

 Appeal from an order of the Surrogate's Court, Oneida County (Louis P. Gigliotti, S.), entered December 31, 2022. The order, among other things, granted in part the motion of objectants in proceeding No. 1 for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Eric D . [appeal No. 1], 162 AD2d 1051, 1051 [4th Dept 1990]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court